IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD DALE,

    Plaintiff,

v.                            Case No. 1:16cv167-MW/GRJ

EASY DUMPSTER RENTAL, LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR
## FLSA SCHEDULING ORDER

This Court has considered, without hearing, Defendants' Motion for Scheduling Order and Stay of Proceedings and Supporting Memorandum of Law. ECF No. 5. This Court **GRANTS** the motion. Pursuant to Federal Rule of Civil Procedure 16, and consistent with the just, speedy and inexpensive administration of justice, Federal Rule of Civil Procedure 1, it is hereby

**ORDERED** that the provisions of Rule 26(a)(1) concerning the initial disclosures and filing of a case management report are hereby waived. Instead the parties shall comply with the following schedule.

1

1.	No later than **15 days** from the date of this Order, Plaintiff shall answer this Court's interrogatories attached to this Order under oath or penalty of perjury and serve a copy on Defendants.

2.	No later than **15 days** after Plaintiff serves his answers to this Court's interrogatories on Defendants, Defendants shall serve on Plaintiff a Verified Summary of all hours worked by Plaintiff during each relevant pay period, and the rate of pay and the wages paid, including overtime pay, if any. No later than **15 days** after Plaintiff serves answers to this Court's interrogatories on Defendants, Defendants shall also serve on Plaintiff, **but not file**, a copy of all time sheets and payroll records that support or relate to the time periods in the Verified Summary.

3.	No later than **30 days** after Defendants file the Verified Summary, counsel for Plaintiff and Defendants shall meet and confer in person in a good faith effort to settle all pending issues, including attorney's fees and costs. Counsel shall have full authority to settle, and shall set aside sufficient time for a thorough, detailed and meaningful conference that is calculated to fully resolve this case by agreement.

4.	No later than **10 days** after the settlement conference, counsel shall jointly file a report regarding settlement that notifies this Court whether: 1) the parties have settled the case; 2) the parties have not settled but wish to continue

settlement discussions; 3) the parties wish to engage in a formal mediation conference before a specific mediator on or before a specified date; 4) either party requests a settlement conference before the United States Magistrate Judge; or 5) the parties have exhausted all settlement efforts and will immediately file a case management report signed by counsel for all parties.

5. The parties may consent to the conduct of all further proceedings in this case by the United States Magistrate Judge. Absent consent, the Magistrate Judge shall prepare a report and recommendation as to whether any settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. *See Lynn Food Stores, Inc. v United States,* 679 F.2d 1350, 1354-55 (11th Cir. 1982).

6. This Court expects strict adherence to these deadlines. Exceptions will be granted only for compelling reasons. Failure to comply may result in the imposition of sanctions including, but not limited to, the dismissal of this case or the striking of pleadings.

7. Until further order of this Court all discovery in this case is **STAYED** except as provided by this Order.

8. Defendants are relieved from the filing of a responsive pleading to the complaint until such time as a case management report is filed.

9. Either party, for good cause shown, may move to alter this schedule should circumstances warrant.

**SO ORDERED on June 9, 2016.**

**s/Mark E. Walker　　**
**United States District Judge**

## COURT'S INTERROGATORIES TO PLAINTIFF(S)

1. During what period of time were you employed by the Defendant?

2. Who was your immediate supervisor?

3. Did you have a regularly scheduled work period? If so, specify.

4. What was your title or position? Briefly describe your job duties.

5. What was your regular rate of pay?

6. Provide an accounting of your claim including:

    (a) dates;
    (b) regular hours worked;
    (c) overtime hours;
    (d) pay received versus pay claimed; and
    (e) total amount claimed.

7. When did you, or your attorney, first complain to your employer about alleged violations of the FLSA?

8. Was the complaint written or oral? If a written complaint, please attach a copy.

9. What was your employer's response? If a written response, please attach a copy.

_____

STATE OF _____
COUNTY OF _____

BEFORE ME, the undersigned authority, on this day personally appeared _____, who, being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN to and subscribed before me this _____ day of _____, _____.

_____
NOTARY PUBLIC
Print name:
Serial No. if any:
Commission expires:

(Notary seal)