IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD DALE,**

    **Plaintiff,**

**v.**                         **Case No. 1:16cv167-MW/GRJ**

**EASY DUMPSTER RENTAL, LLC,**

    **Defendant.**

_____/

**ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR RECONSIDERATION**

This Court has considered, without hearing, Plaintiff's Motion for Reconsideration/To Order Defendant to Produce Additional Records. ECF No. 7. The motion is **GRANTED in part**. The FLSA Scheduling Order, ECF No. 6, stands. However, Defendant shall produce sales records reflecting Plaintiff's sales together with a Verified Summary of all hours worked by Plaintiff no later than 15 days after Plaintiff serves his answers to this Court's interrogatories on Defendant. In short, Defendant must produce both sales records and time records.

    **SO ORDERED on June 20, 2016.**

                                          **s/Mark E. Walker    **
                                          **United States District Judge**