IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD DALE,

    Plaintiff,

vs.                                               CASE NO.: 1:16-cv-00167-MW-GRJ

EASY DUMPSTER RENTAL, LLC,

    Defendant.

_____/

## DEFENDANT'S VERIFIED SUMMARY OF HOURS AND WAGES

Defendant, EASY DUMPSTER RENTAL, LLC, pursuant to this Court's Scheduling Order, files this Verified Summary of hours worked by Plaintiff, rate of pay and the wages paid as follows:

1.    Plaintiff's regular rate of pay was $10.00 per hour. He received an overtime rate of $15.00 per hour for all hours he worked over 40 in a workweek (initially Monday thru Sunday and then Saturday thru Friday). He was paid on a bi-weekly basis.

2.    Plaintiff's hours worked fluctuated from week to week and ranged from less than 40 hours to over 60 hours.

1

3. Plaintiff was paid overtime and regular rates for the overtime and regular hours he reported on his time-sheets. Plaintiff was paid for lunch breaks though he performed no work and was not entitled to be paid for the time he performed no work. For the bi-weekly pay period ending on April 29, 2016, Plaintiff worked no more than 71.34 hours (including lunch) and no overtime hours, contrary to 78 regular hours and 6 overtime hours he reported, resulting in a difference of $156.60 between the amount claimed on Plaintiff's time-sheet ($870.00) versus amount paid ($713.40). To avoid any dispute over this correction, however, Defendant credited back the hours and paid Plaintiff $160.00 the next (and final) payroll period ending on May 13, 2016.

4. Plaintiff owes Defendant a balance of **$600.00** remaining on the $2,500.00 advance he received. Plaintiff was given a one-time advance on his wages with the agreement that the advance would be paid back through a payroll deduction of $200.00 per pay period (later reduced to $100.00 per Plaintiff's request) until the advance was fully re-paid. Only a total of $1,900.00 was repaid on the advance.

5. Plaintiff also owes Defendant additional **$2,005.00** for the following overpayments:

    a. $1,400.00 due to the payroll company's erroneous payment (instead of deduction) of additional $200/week for seven (7) pay periods (14 weeks);

2

b. $290.00 for the pay period ending on October 2, 2015 when overtime hours were double counted and Plaintiff was paid 29 hours at the regular rate, in addition to 29 hours at the overtime rate and 80 hours at the regular rate (Plaintiff reported working 80 regular hours and 29 overtime hours but was paid 109 regular hours and 29 overtime hours);

c. $315.00 for the pay period ending on December 11, 2015 when overtime hours were double counted and Plaintiff was paid 31.5 hours at the regular rate, in addition to 31.5 hours at the overtime rate and 80 hours at the regular rate (Plaintiff reported working 80 regular hours and 31.5 overtime hours but was paid 111.5 regular hours and 31.5 overtime hours).

6. Plaintiff also received a one-time discretionary bonus of $1,000.00 to which he was not entitled and which was not based on the number of hours worked or dumpsters rented.

7. Plaintiff is owed no unpaid wages. Plaintiff owes Defendant a total of at least **$2,605.00** in overpayments and unpaid advance he received on his wages.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Alachua County, Florida this 11th day of July, 2016.

_____
KEITH MILLER, for DEFENDANT EASY DUMPSTER RENTAL, LLLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2016, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send a notice to Counsel for Plaintiff, Matthew W. Birk.

>Respectfully submitted,
>
>s/Paul A. Donnelly
>Paul A. Donnelly, Trial Counsel
>Florida Bar No. 813613
>paul@donnellygross.com
>Jung Yoon
>Florida Bar No. 599611
>jung@donnellygross.com
>Donnelly + Gross
>2421 NW 41st St, Suite A-1
>Gainesville, FL 32606
>Telephone: (352) 374-4001
>Facsimile: (352) 374-4046
>
>Counsel for Defendant