IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD DALE,

    Plaintiff,

vs.                                     CASE NO.: 1:16-cv-00167-MW-GRJ

EASY DUMPSTER RENTAL, LLC,

    Defendant.

_____/

## NOTICE OF FILING PLAINTIFF'S ANSWERS TO COURT'S INTERROGATORIES

Defendant, Easy Dumpster Rental, LLC, pursuant to the Court's FLSA Scheduling Order (Doc. 6) which requires Plaintiff to answer the Court's interrogatories under oath or penalty of perjury, files Plaintiff's Answers to Court's Interrogatories which was not filed by Plaintiff, attached hereto as Exhibit 1.

[*Remainder of page left intentionally blank*]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2016, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send a notice to Counsel for Plaintiff, Matthew W. Birk.

Respectfully submitted,

s/Paul A. Donnelly
Paul A. Donnelly, Trial Counsel
Florida Bar No. 813613
paul@donnellygross.com
Jung Yoon
Florida Bar No. 599611
jung@donnellygross.com
Donnelly + Gross
2421 NW 41st St, Suite A-1
Gainesville, FL 32606
Telephone: (352) 374-4001
Facsimile: (352) 374-4046

Counsel for Defendant